# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-18-00399-CR

**The State of Texas, Appellant**

**v.**

**Edmund Koko Kahookele, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2017-356, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 23, 2018.  On counsel's motions, the time for filing was extended to September 21, 2018.  Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief.  We grant the motion for extension of time and order appellant to file a brief no later than October 18, 2018.  No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal.

It is ordered on September 24, 2018.

Before Chief Justice Rose, Justices Pemberton and Field

Do Not Publish